```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                      Case No. 19-02897-HWV
Michael M. Benedict                                         Chapter 13
Anne L. Benedict
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1           User: DDunbar            Page 1 of 1          Date Rcvd: Aug 07, 2019
                               Form ID: ntnew341        Total Noticed: 10
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2019.
```
db/jdb         +Michael M. Benedict,    Anne L. Benedict,    20 Topaz Drive,   Chambersburg, PA 17202-8660
5219381        +KML Law Group, P.C.,    Suite 5000 - BNY Mellon Ind. Ctr.,    701 Market Street,
                 Philadelphia, PA 19106-1538
5219382        +Midfirst Bank,   999 N.W. Grand Boulevard,    Suite 100,    Oklahoma City, OK 73118-6051
5219384        +Orchard Bank,    c/o Radius,    PO Box 390846,   Minneapolis, MN 55439-0846
5219385        +Prothonotary, Franklin County,    157 Lincoln Way East,   Chambersburg, PA 17201-2233
5219386         Real Time Solutions,    PO Box 840923,   Dallas, TX 75284-0923
5219387         Sallie Mae Bank,    c/o Allied Interstate LLC,    PO Box 19084,   Minneapolis, MN 55419-0084
5219388        +Schultheiss & Associates,    720 Norland Avenue,    Chambersburg, PA 17201-4218
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5219380         E-mail/Text: cio.bncmail@irs.gov Aug 07 2019 19:41:36      Internal Revenue Service,
                 Centralized Insolvency Operations,    P.O. Box 7346,   Philadelphia, PA 19101-7346
5219383         E-mail/Text: BKRMailOps@weltman.com Aug 07 2019 19:42:09      Navient Credit Financial Corp,
                 c/o Weltman, Weinberg & Reis Co.,    PO Box 93596,   Cleveland, OH 44101-5596
                                                                                              TOTAL: 2
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2019 at the address(es) listed below:
```
              Aaron John Neuharth    on behalf of Debtor 1 Michael M. Benedict aneuharth@neuharthlaw.com,
               smartin@neuharthlaw.com
              Aaron John Neuharth    on behalf of Debtor 2 Anne L. Benedict aneuharth@neuharthlaw.com,
               smartin@neuharthlaw.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael M. Benedict,

**Debtor 1**

Anne L. Benedict,

**Debtor 2**

Chapter 13

Case No. 1:19–bk–02897–HWV

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: August 29, 2019<br>Time: 12:00 PM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DDunbar, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: August 7, 2019 |

ntnew341 (04/18)