

# Payslip



| Employee Name | Location | Department |
|---|---|---|
| Michael Benedict | 005910 - Newville,PA - USSSD | 76001 - Warehouse - Combo - USSSD |
| **Person Number** | **Job Title** | **Tax Reporting Unit Name** |
| 875741 | 100001 - Associate, Warehouse - USSSD | Office Depot, Inc. |
| **Hire Date** | **Position** | **Tax Reporting Unit Address** |
| 05/28/2017 | | 6600 N Military Trail<br>Boca Raton, FL 33496<br>US<br>Phone: +1 561-438-4800 |

| Employee Address |
|---|
| 20 Topaz Drive<br>Chambersburg, PA 17202<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Pay Rate-Hourly |
|---|---|---|---|---|
| Biweekly | 06/09/2019 | 06/22/2019 | 06/28/2019 | 13.91 |

**Tax Withholding Information**

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| FEDERAL | Married | 0 | 0.00 |
| PA | | 0 | 0.00 |

**Summary**

| | Gross Earnings | Pretax Deductions | Tax Deductions | Other Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 1,207.12 | 136.17 | 203.45 | 0.00 | 867.50 |
| **Year to Date** | 15,396.82 | 1,747.54 | 2,657.78 | 0.00 | 10,991.50 |

**Earnings**

| Description | Start Date | End Date | Hours | Hours YTD | Rate | Rate Factor | Amount | Amount YTD |
|---|---|---|---|---|---|---|---|---|
| Overtime Pay | | | 3.82 | 46.93 | 13.91 | 1.00 | 53.14 | 646.80 |
| Overtime Pay Premium | | | 3.82 | 46.93 | 13.91 | 0.50 | 26.57 | 323.39 |
| Paid Time Off FrontLoad | | | 8.00 | 48.00 | 13.91 | 1.00 | 111.28 | 659.04 |
| Regular Hours Worked | | | 73.05 | 930.84 | 13.91 | 1.00 | 1,016.13 | 12,794.54 |
| Sup Ch Hrly Bns-Dist - Qtrly | | | | | | | 0.00 | 643.46 |
| Total | | | 84.87 | | | | 1,207.12 | 15,067.23 |

**Employer Benefits and Imputed Earnings**

| Description | Current | Year to Date |
|---|---|---|
| 401K Savings Employer Match | 24.14 | 302.49 |
| Total | 24.14 | 302.49 |

**Pretax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| 401K Savings | 48.28 | 604.88 |
| Dental | 14.63 | 190.19 |
| Health Savings Account | 23.07 | 300.00 |
| Medical | 44.34 | 576.42 |
| Vision | 5.85 | 76.05 |
| Total | 136.17 | 1,747.54 |

**Tax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| Social Security Employee Withheld | 69.39 | 883.76 |
| FIT Withheld | 61.71 | 852.15 |
| Medicare Employee Withheld | 16.23 | 206.69 |
| SIT Withheld (PA) | 34.36 | 437.62 |
| SUI Employee Withheld (PA) | 0.73 | 9.24 |
| City Withheld (PA,Franklin,Hamilton Township) | 5.60 | 71.27 |
| Head Tax Withheld (PA,Cumberland,Newville) | 2.00 | 2.00 |
| Head Tax Withheld (PA,Cumberland,Penn Township) | 0.00 | 24.00 |
| School Withheld (PA,Chambersburg ASD) | 13.43 | 171.05 |
| Total | 203.45 | 2,657.78 |

| Accrual Name | Hours Balance |
|---|---|
| Paid Time Off FrontLoad Balance | 80.00 |

| Net Pay Distribution | | | |
|---|---|---|---|
| Check/Deposit Number | Account Number | Currency | Payment Amount |
| 2190173535 | XXX1519 | USD | 867.50 |

| Hours and Earnings Details by Week | | | | |
|---|---|---|---|---|
| Earnings End Date | Description | Hours | Rate | Earnings |
| 06/15/2019 | Overtime Pay | 3.82 | 13.91 | 53.14 |
| 06/15/2019 | Overtime Pay Premium | 3.82 | 13.91 | 53.14 |
| 06/15/2019 | Regular Hours Worked | 40.00 | 13.91 | 556.40 |
| 06/22/2019 | Regular Hours Worked | 33.05 | 13.91 | 459.73 |
| 06/22/2019 | Sup Ch Hrly Bns-Dist - Qtrly | | | 0.00 |
| 06/22/2019 | Paid Time Off FrontLoad | 8.00 | 13.91 | 111.28 |

Office DEPOT

# Payslip



| Employee Name | Location | Department |
|---|---|---|
| Michael Benedict | 005910 - Newville,PA - USSSD | 76001 - Warehouse - Combo - USSSD |
| **Person Number** | **Job Title** | **Tax Reporting Unit Name** |
| 875741 | 100001 - Associate, Warehouse - USSSD | Office Depot, Inc. |
| **Hire Date** | **Position** | **Tax Reporting Unit Address** |
| 05/28/2017 | | 6600 N Military Trail<br>Boca Raton, FL 33496<br>US<br>Phone: +1 561-438-4800 |

| Employee Address |
|---|
| 20 Topaz Drive<br>Chambersburg, PA 17202<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Pay Rate-Hourly |
|---|---|---|---|---|
| Biweekly | 05/26/2019 | 06/08/2019 | 06/14/2019 | 13.91 |

**Tax Withholding Information**

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| FEDERAL | Married | 0 | 0.00 |
| PA | | 0 | 0.00 |

**Summary**

| | Gross Earnings | Pretax Deductions | Tax Deductions | Other Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,234.02 | 137.25 | 209.38 | 0.00 | 887.39 |
| Year to Date | 14,189.70 | 1,611.37 | 2,454.33 | 0.00 | 10,124.00 |

**Earnings**

| Description | Start Date | End Date | Hours | Hours YTD | Rate | Rate Factor | Amount | Amount YTD |
|---|---|---|---|---|---|---|---|---|
| Holiday Pay | | | 8.00 | 24.00 | 13.91 | 1.00 | 111.28 | 329.52 |
| Overtime Pay | | | 7.09 | 43.11 | 13.91 | 1.00 | 98.62 | 593.66 |
| Overtime Pay Premium | | | 7.09 | 43.11 | 13.91 | 0.50 | 49.31 | 296.82 |
| Regular Hours Worked | | | 70.08 | 857.79 | 13.91 | 1.00 | 974.81 | 11,778.41 |
| Sup Ch Hrly Bns-Dist - Qtrly | | | | | | | 0.00 | 643.46 |
| Total | | | 85.17 | | | | 1,234.02 | 13,641.87 |

**Employer Benefits and Imputed Earnings**

| Description | Current | Year to Date |
|---|---|---|
| 401K Savings Employer Match | 24.68 | 278.35 |
| Total | 24.68 | 278.35 |

**Pretax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| 401K Savings | 49.36 | 556.60 |
| Dental | 14.63 | 175.56 |
| Health Savings Account | 23.07 | 276.93 |
| Medical | 44.34 | 532.08 |
| Vision | 5.85 | 70.20 |
| Total | 137.25 | 1,611.37 |

**Tax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| Social Security Employee Withheld | 71.06 | 814.37 |
| FIT Withheld | 64.29 | 790.44 |
| Medicare Employee Withheld | 16.62 | 190.46 |
| SIT Withheld (PA) | 35.19 | 403.26 |
| SUI Employee Withheld (PA) | 0.74 | 8.51 |
| City Withheld (PA,Franklin,Hamilton Township) | 5.73 | 65.67 |
| Head Tax Withheld (PA,Cumberland,Penn Township) | 2.00 | 24.00 |
| School Withheld (PA,Chambersburg ASD) | 13.75 | 157.62 |
| Total | 209.38 | 2,454.33 |

# Payslip



| Accrual Name | Hours Balance |
|---|---|
| Paid Time Off FrontLoad Balance | 88.00 |

**Net Pay Distribution**

| Check/Deposit Number | Account Number | Currency | Payment Amount |
|---|---|---|---|
| 2073521194 | XXX1519 | USD | 887.39 |

**Hours and Earnings Details by Week**

| Earnings End Date | Description | Hours | Rate | Earnings |
|---|---|---|---|---|
| 06/01/2019 | Holiday Pay | 8.00 | 13.91 | 111.28 |
| 06/01/2019 | Regular Hours Worked | 30.08 | 13.91 | 418.41 |
| 06/08/2019 | Overtime Pay | 7.09 | 13.91 | 98.62 |
| 06/08/2019 | Overtime Pay Premium | 7.09 | 13.91 | 98.62 |
| 06/08/2019 | Regular Hours Worked | 40.00 | 13.91 | 556.40 |
| 06/08/2019 | Sup Ch Hrly Bns-Dist - Qtrly | | | 0.00 |

# Payslip



| Employee Name | Location | Department |
|---|---|---|
| Michael Benedict | 005910 - Newville,PA - USSSD | 76001 - Warehouse - Combo - USSSD |
| **Person Number** | **Job Title** | **Tax Reporting Unit Name** |
| 875741 | 100001 - Associate, Warehouse - USSSD | Office Depot, Inc. |
| **Hire Date** | **Position** | **Tax Reporting Unit Address** |
| 05/28/2017 | | 6600 N Military Trail<br>Boca Raton, FL 33496<br>US<br>Phone: +1 561-438-4800 |

| Employee Address |
|---|
| 20 Topaz Drive<br>Chambersburg, PA 17202<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Pay Rate-Hourly |
|---|---|---|---|---|
| Biweekly | 05/12/2019 | 05/25/2019 | 05/31/2019 | 13.91 |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| FEDERAL | Married | 0 | 0.00 |
| PA | | 0 | 0.00 |

| Summary | | | | | |
|---|---|---|---|---|---|
| | **Gross Earnings** | **Pretax Deductions** | **Tax Deductions** | **Other Deductions** | **Net Pay** |
| Current | 1,092.70 | 131.60 | 178.18 | 0.00 | 782.92 |
| Year to Date | 12,955.68 | 1,474.12 | 2,244.95 | 0.00 | 9,236.61 |

| Earnings | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Start Date** | **End Date** | **Hours** | **Hours YTD** | **Rate** | **Rate Factor** | **Amount** | **Amount YTD** |
| Overtime Pay | | | 5.27 | 36.02 | 13.91 | 1.00 | 73.31 | 495.04 |
| Overtime Pay Premium | | | 5.27 | 36.02 | 13.91 | 0.50 | 36.65 | 247.51 |
| Regular Hours Worked | | | 70.65 | 787.71 | 13.91 | 1.00 | 982.74 | 10,803.60 |
| Sup Ch Hrly Bns-Dist - Qtrly | | | | | | | 0.00 | 643.46 |
| Total | | | 75.92 | | | | 1,092.70 | 12,189.61 |

| Employer Benefits and Imputed Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| 401K Savings Employer Match | 21.86 | 253.67 |
| Total | 21.86 | 253.67 |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| 401K Savings | 43.71 | 507.24 |
| Dental | 14.63 | 160.93 |
| Health Savings Account | 23.07 | 253.86 |
| Medical | 44.34 | 487.74 |
| Vision | 5.85 | 64.35 |
| Total | 131.60 | 1,474.12 |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Social Security Employee Withheld | 62.30 | 743.31 |
| FIT Withheld | 50.73 | 726.15 |
| Medicare Employee Withheld | 14.57 | 173.84 |
| SIT Withheld (PA) | 30.85 | 368.07 |
| SUI Employee Withheld (PA) | 0.65 | 7.77 |
| City Withheld (PA,Franklin,Hamilton Township) | 5.02 | 59.94 |
| Head Tax Withheld (PA,Cumberland,Penn Township) | 2.00 | 22.00 |
| School Withheld (PA,Chambersburg ASD) | 12.06 | 143.87 |
| Total | 178.18 | 2,244.95 |

| Accrual Name | Hours Balance |
|---|---|



# Payslip



| Paid Time Off FrontLoad Balance | 88.00 |
|---|---|

| Net Pay Distribution | | | |
|---|---|---|---|
| **Check/Deposit Number** | **Account Number** | **Currency** | **Payment Amount** |
| 1959369238 | XXX1519 | USD | 782.92 |

| Hours and Earnings Details by Week | | | | |
|---|---|---|---|---|
| **Earnings End Date** | **Description** | **Hours** | **Rate** | **Earnings** |
| 05/18/2019 | Overtime Pay | 5.27 | 13.91 | 73.31 |
| 05/18/2019 | Overtime Pay Premium | 5.27 | 13.91 | 73.31 |
| 05/18/2019 | Regular Hours Worked | 40.00 | 13.91 | 556.40 |
| 05/25/2019 | Regular Hours Worked | 30.65 | 13.91 | 426.34 |
| 05/25/2019 | Sup Ch Hrly Bns-Dist - Qtrly | | | 0.00 |

Office DEPOT

# Payslip



| Employee Name | Location | Department |
|---|---|---|
| Michael Benedict | 005910 - Newville,PA - USSSD | 76001 - Warehouse - Combo - USSSD |
| **Person Number** | **Job Title** | **Tax Reporting Unit Name** |
| 875741 | 100001 - Associate, Warehouse - USSSD | Office Depot, Inc. |
| **Hire Date** | **Position** | **Tax Reporting Unit Address** |
| 05/28/2017 | | 6600 N Military Trail<br>Boca Raton, FL 33496<br>US<br>Phone: +1 561-438-4800 |

| Employee Address |
|---|
| 20 Topaz Drive<br>Chambersburg, PA 17202<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Pay Rate-Hourly |
|---|---|---|---|---|
| Biweekly | 04/28/2019 | 05/11/2019 | 05/17/2019 | 13.91 |

**Tax Withholding Information**

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| FEDERAL | Married | 0 | 0.00 |
| PA | | 0 | 0.00 |

**Summary**

| | Gross Earnings | Pretax Deductions | Tax Deductions | Other Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,648.26 | 153.82 | 336.97 | 0.00 | 1,157.47 |
| Year to Date | 11,862.98 | 1,342.52 | 2,066.77 | 0.00 | 8,453.69 |

**Earnings**

| Description | Start Date | End Date | Hours | Hours YTD | Rate | Rate Factor | Amount | Amount YTD |
|---|---|---|---|---|---|---|---|---|
| Overtime Pay | | | 8.53 | 30.75 | 13.91 | 1.00 | 118.65 | 421.73 |
| Overtime Pay Premium | | | 8.53 | 30.75 | 13.91 | 0.50 | 59.33 | 210.86 |
| Paid Time Off FrontLoad | | | 8.00 | 40.00 | 13.91 | 1.00 | 111.28 | 547.76 |
| Regular Hours Worked | | | 75.18 | 717.06 | 13.91 | 1.00 | 1,045.75 | 9,820.86 |
| Sup Ch Hrly Bns-Dist - Qtrly | | | | | | | 313.25 | 643.46 |
| Total | | | 91.71 | | | | 1,648.26 | 11,644.67 |

**Employer Benefits and Imputed Earnings**

| Description | Current | Year to Date |
|---|---|---|
| 401K Savings Employer Match | 32.97 | 231.81 |
| Total | 32.97 | 231.81 |

**Pretax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| 401K Savings | 65.93 | 463.53 |
| Dental | 14.63 | 146.30 |
| Health Savings Account | 23.07 | 230.79 |
| Medical | 44.34 | 443.40 |
| Vision | 5.85 | 58.50 |
| Total | 153.82 | 1,342.52 |

**Tax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 140.15 | 675.42 |
| Social Security Employee Withheld | 96.75 | 681.01 |
| Medicare Employee Withheld | 22.63 | 159.27 |
| SIT Withheld (PA) | 47.91 | 337.22 |
| SUI Employee Withheld (PA) | 0.99 | 7.12 |
| City Withheld (PA,Franklin,Hamilton Township) | 7.81 | 54.92 |
| Head Tax Withheld (PA,Cumberland,Penn Township) | 2.00 | 20.00 |
| School Withheld (PA,Chambersburg ASD) | 18.73 | 131.81 |
| Total | 336.97 | 2,066.77 |



# Payslip



| Accrual Name | Hours Balance |
|---|---|
| Paid Time Off FrontLoad Balance | 88.00 |

**Net Pay Distribution**

| Check/Deposit Number | Account Number | Currency | Payment Amount |
|---|---|---|---|
| 1845426179 | XXX1519 | USD | 1,157.47 |

**Hours and Earnings Details by Week**

| Earnings End Date | Description | Hours | Rate | Earnings |
|---|---|---|---|---|
| 05/04/2019 | Regular Hours Worked | 35.18 | 13.91 | 489.35 |
| 05/11/2019 | Overtime Pay | 8.53 | 13.91 | 118.65 |
| 05/11/2019 | Overtime Pay Premium | 8.53 | 13.91 | 118.65 |
| 05/11/2019 | Regular Hours Worked | 40.00 | 13.91 | 556.40 |
| 05/11/2019 | Sup Ch Hrly Bns-Dist - Qtrly | | | 313.25 |
| 05/11/2019 | Paid Time Off FrontLoad | 8.00 | 13.91 | 111.28 |

SUMMIT PHYSICIAN SERVICES
785 Fifth Avenue
Chambersburg, PA 17201 United States of America

Number 80671
Check Date 06/20/2019

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

ANNE L. BENEDICT
20 TOPAZ DRIVE
CHAMBERSBURG, PA 17202
US

**Net Pay** 1061.90

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| ANNE L. BENEDICT | 3808 | 17041 | 50 | 848 | 06/15/2019 |

Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 1440.00 | 11515.50 |
| Total Deductions | | 378.10 | 2771.48 |
| Total Net | | 1061.90 | 8744.02 |

Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Downsizing no pay | | | | |
| PTO- Accrual Plan | 8.50 | 18.00 | 153.00 | 342.00 |
| Regular | 71.50 | 18.00 | 1287.00 | 11146.50 |
| Regular Overtime | | | | 27.00 |
| Requested Time Off Employee | | | | |
| Total | 80.00 | | 1440.00 | 11515.50 |

Taxes

| Description | Current | Year to Date |
|---|---|---|
| CH Hamilton Twp | 23.78 | 190.17 |
| Federal Withholding | 93.28 | 715.87 |
| Medicare EE | 20.29 | 162.19 |
| PA SUI EE Withholding Tax | 0.86 | 6.91 |
| PA Withholding | 42.94 | 343.38 |
| Social Security EE | 86.72 | 693.49 |
| Total | 267.87 | 2112.01 |

Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| SP/WH/SSC 401k EE Pretax Pcnt | 43.20 | 123.53 |
| SPS Voluntary Dental | 13.12 | 104.96 |
| SPS/CHS/SSC PPO Hlth Pln PrTx | 25.90 | 207.20 |
| SPS/CHS/SSC Vision Buy Up PrTx | 2.26 | 18.08 |
| Total | 84.48 | 453.77 |

Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Local Services Tax | 2.00 | 18.00 |
| Uniform Deduction | 23.75 | 187.70 |
| Total | 25.75 | 205.70 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx4306 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx1519 | F&M TRUST | 1061.90 |

Leave Balances

| Description | Balances |
|---|---|
| Flex Time Unpai | 40.00 |
| Paid Time Off | 22.75 |

SUMMIT PHYSICIAN SERVICES
785 Fifth Avenue
Chambersburg, PA 17201 United States of America

| | |
|---|---|
| Number | 79758 |
| Check Date | 06/06/2019 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

ANNE L. BENEDICT
20 TOPAZ DRIVE
CHAMBERSBURG, PA 17202
US

**Net Pay** 896.78

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| ANNE L. BENEDICT | 3808 | 17041 | 50 | 848 | 06/01/2019 |

Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 1237.50 | 10075.50 |
| Total Deductions | | 340.72 | 2393.38 |
| Total Net | | 896.78 | 7682.12 |

Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Downsizing no pay | 11.25 | | | |
| PTO- Accrual Plan | 10.50 | 18.00 | 189.00 | 189.00 |
| Regular | 58.25 | 18.00 | 1048.50 | 9859.50 |
| Regular Overtime | | | | 27.00 |
| Requested Time Off Employee | | | | |
| Total | 80.00 | | 1237.50 | 10075.50 |

Taxes

| Description | Current | Year to Date |
|---|---|---|
| CH Hamilton Twp | 20.34 | 166.39 |
| Federal Withholding | 70.52 | 622.59 |
| Medicare EE | 17.34 | 141.90 |
| PA SUI EE Withholding Tax | 0.75 | 6.05 |
| PA Withholding | 36.72 | 300.44 |
| Social Security EE | 74.17 | 606.77 |
| Total | 219.84 | 1844.14 |

Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| SP/WH/SSC 401k EE Pretax Pcnt | 37.13 | 80.33 |
| SPS Voluntary Dental | 13.12 | 91.84 |
| SPS/CHS/SSC PPO Hlth Pln PrTx | 25.90 | 181.30 |
| SPS/CHS/SSC Vision Buy Up PrTx | 2.26 | 15.82 |
| Total | 78.41 | 369.29 |

Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Local Services Tax | 2.00 | 16.00 |
| Uniform Deduction | 40.47 | 163.95 |
| Total | 42.47 | 179.95 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx4306 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx1519 | F&M TRUST | 896.78 |

Leave Balances

| Description | Balances |
|---|---|
| Flex Time Unpai | 40.00 |
| Paid Time Off | 26.02 |

SUMMIT PHYSICIAN SERVICES
785 Fifth Avenue
Chambersburg, PA 17201 United States of America

Number 78846
Check Date 05/23/2019

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

ANNE L. BENEDICT
20 TOPAZ DRIVE
CHAMBERSBURG, PA 17202
US

**Net Pay** 1068.92

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| ANNE L. BENEDICT | 3808 | 17041 | 50 | 848 | 05/18/2019 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 1440.00 | 8838.00 |
| Total Deductions | | 371.08 | 2052.66 |
| Total Net | | 1068.92 | 6785.34 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Regular | 80.00 | 18.00 | 1440.00 | 8811.00 |
| Regular Overtime | | | | 27.00 |
| Requested Time Off Employee | | | | |
| Total | 80.00 | | 1440.00 | 8838.00 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| CH Hamilton Twp | 23.78 | 146.05 |
| Federal Withholding | 93.28 | 552.07 |
| Medicare EE | 20.28 | 124.56 |
| PA SUI EE Withholding Tax | 0.86 | 5.30 |
| PA Withholding | 42.94 | 263.72 |
| Social Security EE | 86.72 | 532.60 |
| Total | 267.86 | 1624.30 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| SP/WH/SSC 401k EE Pretax Pcnt | 43.20 | 43.20 |

| | | |
|---|---|---|
| SPS Voluntary Dental | 13.12 | 78.72 |
| SPS/CHS/SSC PPO Hlth Pln PrTx | 25.90 | 155.40 |
| SPS/CHS/SSC Vision Buy Up PrTx | 2.26 | 13.56 |
| Total | 84.48 | 290.88 |

Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Local Services Tax | 2.00 | 14.00 |
| Uniform Deduction | 16.74 | 123.48 |
| Total | 18.74 | 137.48 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx4306 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx1519 | F&M TRUST | 1068.92 |

Leave Balances

| Description | Balances |
|---|---|
| Flex Time Unpai | 40.00 |
| Paid Time Off | 0.00 |



Case 1:19-bk-02897-HWV Doc 21 Filed 08/15/19 Entered 08/15/19 11:14:55 Desc
Main Document Page 14 of 16

SUMMIT PHYSICIAN SERVICES
785 Fifth Avenue
Chambersburg, PA 17201 United States of America

Number 77938
Check Date 05/09/2019

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

ANNE L. BENEDICT
20 TOPAZ DRIVE
CHAMBERSBURG, PA 17202
US

**Net Pay** 1100.14

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| ANNE L. BENEDICT | 3808 | 17041 | 50 | 848 | 05/04/2019 |

Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 1431.00 | 7398.00 |
| Total Deductions | | 330.86 | 1681.58 |
| Total Net | | 1100.14 | 5716.42 |

Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Regular | 79.50 | 18.00 | 1431.00 | 7371.00 |
| Regular Overtime | | | | 27.00 |
| Requested Time Off Employee | 0.50 | | | |
| Total | 80.00 | | 1431.00 | 7398.00 |

Taxes

| Description | Current | Year to Date |
|---|---|---|
| CH Hamilton Twp | 23.63 | 122.27 |
| Federal Withholding | 97.38 | 458.79 |
| Medicare EE | 20.15 | 104.28 |
| PA SUI EE Withholding Tax | 0.86 | 4.44 |
| PA Withholding | 42.66 | 220.78 |
| Social Security EE | 86.16 | 445.88 |
| Total | 270.84 | 1356.44 |

Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| SPS Voluntary Dental | 13.12 | 65.60 |

| | Current | Year to Date |
|---|---|---|
| SPS/CHS/SSC PPO Hlth Pln PrTx | 25.90 | 129.50 |
| SPS/CHS/SSC Vision Buy Up PrTx | 2.26 | 11.30 |
| Total | 41.28 | 206.40 |

Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Local Services Tax | 2.00 | 12.00 |
| Uniform Deduction | 16.74 | 106.74 |
| Total | 18.74 | 118.74 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx4306 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx1519 | F&M TRUST | 1100.14 |

Leave Balances

| Description | Balances |
|---|---|
| Flex Time Unpai | 40.00 |
| Paid Time Off | 0.00 |