```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 19-02897-HWV
Michael M. Benedict                                                 Chapter 13
Anne L. Benedict
        Debtors              CERTIFICATE OF NOTICE
District/off: 0314-1          User: KADavis                 Page 1 of 1           Date Rcvd: Sep 03, 2019
                              Form ID: ntcnfhrg             Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 05, 2019.
```
db/jdb         #+Michael M. Benedict,    Anne L. Benedict,    20 Topaz Drive,    Chambersburg, PA 17202-8660
5219381         +KML Law Group, P.C.,    Suite 5000 - BNY Mellon Ind. Ctr.,    701 Market Street,
                  Philadelphia, PA 19106-1538
5219382         +Midfirst Bank,    999 N.W. Grand Boulevard,    Suite 100,    Oklahoma City, OK 73118-6051
5219384         +Orchard Bank,    c/o Radius,    PO Box 390846,    Minneapolis, MN 55439-0846
5219385         +Prothonotary, Franklin County,    157 Lincoln Way East,    Chambersburg, PA 17201-2233
5219386          Real Time Solutions,    PO Box 840923,    Dallas, TX 75284-0923
5219387          Sallie Mae Bank,    c/o Allied Interstate LLC,    PO Box 19084,    Minneapolis, MN 55419-0084
5219388         +Schultheiss & Associates,    720 Norland Avenue,    Chambersburg, PA 17201-4218
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5235445          E-mail/Text: ebn@carepayment.com Sep 03 2019 19:50:24      Carepayment,    PO Box 2398,
                  Omaha, NE 68103-2398
5235767         +E-mail/Text: bankruptcy@cavps.com Sep 03 2019 19:50:07      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5219380          E-mail/Text: cio.bncmail@irs.gov Sep 03 2019 19:49:21      Internal Revenue Service,
                  Centralized Insolvency Operations,    P.O. Box 7346,    Philadelphia, PA 19101-7346
5219383          E-mail/Text: BKRMailOps@weltman.com Sep 03 2019 19:50:03      Navient Credit Financial Corp,
                  c/o Weltman, Weinberg & Reis Co.,    PO Box 93596,    Cleveland, OH 44101-5596
5239801          E-mail/Text: bkdepartment@rtresolutions.com Sep 03 2019 19:50:05
                  Real Time Resolutions, Inc.,    1349 Empire Central Drive,    Suite 150,
                  Dallas, Texas 75247-4029
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2019                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2019 at the address(es) listed below:
```
              Aaron John Neuharth    on behalf of Debtor 1 Michael M. Benedict aneuharth@neuharthlaw.com,
               smartin@neuharthlaw.com
              Aaron John Neuharth    on behalf of Debtor 2 Anne L. Benedict aneuharth@neuharthlaw.com,
               smartin@neuharthlaw.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael M. Benedict,
    **Debtor 1**

Anne L. Benedict,
    **Debtor 2**

Chapter 13

Case No. 1:19–bk–02897–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**October 2, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: October 9, 2019<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KADavis, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 3, 2019 |

ntcnfhrg (03/18)