UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   MICHAEL M. BENEDICT and        :   CHAPTER 13
         ANNE L. BENEDICT               :
              Debtor(s)                 :
                                        :
         CHARLES J. DEHART, III         :
         STANDING CHAPTER 13 TRUSTEE    :
              Movant                    :
                                        :
              vs.                       :
                                        :
         MICHAEL M. BENEDICT and        :
         ANNE L. BENEDICT               :
              Respondent(s)             :   CASE NO. 1-19-bk-02897


TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

        AND NOW, this   29th   day of August, 2019, comes Charles J. DeHart, III,
Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)'
plan for the following reason(s):

        1.   Debtor(s)' plan violates 11 U.S.C. Sec. 1325(a)(4) in that the value of property
to be distributed under the plan on account of each allowed unsecured claim is less than the amount
that would be paid on such claim if the estate were liquidated under Chapter 7.   More specifically,
debtor's have excess non-exempt equity in the following:

        a.   Residential real estate

        WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and
therefore Trustee prays that this Honorable Court will:

        a.   Deny confirmation of debtor(s) plan.
        b.   Dismiss or convert debtor(s) case.
        c.   Provide such other relief as is equitable and just.

                        Respectfully submitted:



                        /s/Charles J. DeHart, III_____
                        Standing Chapter 13 Trustee
                        8125 Adams Drive, Suite A
                        Hummelstown, PA 17036
                        (717) 566-6097

## CERTIFICATE OF SERVICE

AND NOW, this 12th day of September, 2019, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Aaron John Neuharth, Esquire
P.O. Box 359
Chambersburg, PA   17201


/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee