Certificate Number: 17572-PAM-DE-034000929

Bankruptcy Case Number: 19-02897


17572-PAM-DE-034000929

# C<span style="font-variant:small-caps">ertificate</span> O<span style="font-variant:small-caps">f</span> D<span style="font-variant:small-caps">ebtor</span> E<span style="font-variant:small-caps">ducation</span>

I CERTIFY that on January 25, 2020, at 6:33 o'clock PM PST, Michael Benedict completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 25, 2020   By: /s/Kelly Faulks

Name: Kelly Faulks

Title: Counselor