Certificate Number: 17572-PAM-DE-034000928

Bankruptcy Case Number: 19-02897



17572-PAM-DE-034000928

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 25, 2020, at 6:33 o'clock PM PST, Anne Benedict completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 25, 2020

By: /s/Kelly Faulks

Name: Kelly Faulks

Title: Counselor