```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 19-02897-HWV
Michael M. Benedict                                                 Chapter 7
Anne L. Benedict
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AutoDocke          Page 1 of 1          Date Rcvd: Feb 06, 2020
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2020.
db/jdb         +Michael M. Benedict,    Anne L. Benedict,    20 Topaz Drive,    Chambersburg, PA 17202-8660

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2020 at the address(es) listed below:
              Aaron John Neuharth    on behalf of Debtor 1 Michael M. Benedict aneuharth@neuharthlaw.com,
               smartin@neuharthlaw.com
              Aaron John Neuharth    on behalf of Debtor 2 Anne L. Benedict aneuharth@neuharthlaw.com,
               smartin@neuharthlaw.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Janet M. Spears    on behalf of Creditor    MIDFIRST BANK bkecfinbox@aldridgepite.com,
               JSpears@ecf.courtdrive.com
              Keri P Ebeck    on behalf of Creditor    Real Time Resolutions, Inc., as agent for The Bank of New
               York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWHEQ Revolving
               Home Equity Loan Trust, Series 2007-C kebeck@bernsteinlaw.com,   jbluemle@bernsteinlaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
)
   Michael M. Benedict, ) 1:19-02897
   Anne L. Benedict ) Chapter 13
)
      Debtors/Movants )

## ORDER OF COURT

IN CONSIDERATION of the Debtors' Motion to Convert from Chapter 13 to Chapter 7, it is hereby ORDERED, ADJUDGED and DECREED, that the Debtors' case be converted from a Chapter 13 Bankruptcy to a Chapter 7 Bankruptcy.

Dated: February 6, 2020

By the Court,

_Henry W. Van Eck_ (LS)
Henry W. Van Eck, Chief Bankruptcy Judge