IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Michael M. Benedict, | ) | 1:19-02897 |
| Anne L. Benedict | ) | Chapter 13 |
| | ) | |
| Debtors/Movants | ) | |

## RULE 1019 REPORT

AND NOW, comes the Debtors, Michael M. Benedict and Anne L. Benedict, by and through their attorney, Aaron J. Neuharth, and respectfully represents as follows:

1. This case was commenced by the filing of a Voluntary Petition for Relief under Chapter 13 of the United States Bankruptcy Code on July 5, 2019.

2. The Debtors' Chapter 13 Bankruptcy was converted to Chapter 7 by Order of Court dated February 6, 2020.

3. Subsequent to the filing of the Chapter 13 Petition, but prior to the conversion of the case to Chapter 7, the Debtor has not entered into or assumed any executory contracts, and has not acquired any additional new property, either real or personal.

4. The Debtor's Statement of Intentions regarding secured property was filed on the docket report at number 59.

5. The Debtor has incurred the following unsecured debts:
None.

WHEREFORE, the Debtors, Michael M. Benedict and Anne L. Benedict, respectfully file this Rule 1019 Repot.

Respectfully submitted,

February 21, 2020_____ /s/ Aaron J. Neuharth_____
DATE Aaron J. Neuharth, Esquire
Attorney for the Debtor
122 East Queen St., Ste. 1
PO Box 359
Chambersburg, PA 17201
(717) 264-2939
PA I.D. No.:   88625