```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                              Case No. 19-02897-HWV
Michael M. Benedict                                                 Chapter 7
Anne L. Benedict
        Debtors
                              **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: AutoDocke          Page 1 of 1          Date Rcvd: May 26, 2020
                              Form ID: ntfnmg          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2020.
db/jdb          +Michael M. Benedict,   Anne L. Benedict,   20 Topaz Drive,   Chambersburg, PA 17202-8660

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2020 at the address(es) listed below:
              Aaron John Neuharth    on behalf of Debtor 1 Michael M. Benedict aneuharth@neuharthlaw.com,
               smartin@neuharthlaw.com
              Aaron John Neuharth    on behalf of Debtor 2 Anne L. Benedict aneuharth@neuharthlaw.com,
               smartin@neuharthlaw.com
              James Warmbrodt     on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Janet M. Spears    on behalf of Creditor    MIDFIRST BANK bkecfinbox@aldridgepite.com,
               JSpears@ecf.courtdrive.com
              Keri P Ebeck    on behalf of Creditor    Real Time Resolutions, Inc., as agent for The Bank of New
               York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWHEQ Revolving
               Home Equity Loan Trust, Series 2007-C kebeck@bernsteinlaw.com,   jbluemle@bernsteinlaw.com
              Steven M. Carr (Trustee)    stevecarr8@comcast.net, pa31@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | |
|---|---|
| Michael M. Benedict,<br>**Debtor 1**<br><br>Anne L. Benedict,<br>**Debtor 2** | Chapter 7<br><br>Case No. 1:19−bk−02897−HWV |

## Notice

**Notice of Requirement to File Certification About a Financial Management Course:**

No discharge can be entered until you file a Certification About a Financial Management Course (Official Form 423). See Fed. R. Bankr. P. 1007. If the Certification is not filed on or before **May 19, 2020**, this case may be closed without a discharge. A Motion to Reopen a closed case to permit the filing of the Certification will require payment of the reopening fee.

Official Form 423 can be accessed at http://www.uscourts.gov/forms/bankruptcy−forms.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 26, 2020 |

ntfnmg(04/18)