```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                                Case No. 19-02897-HWV
Michael M. Benedict                                                   Chapter 7
Anne L. Benedict
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke              Page 1 of 1              Date Rcvd: May 28, 2020
                              Form ID: 318                 Total Noticed: 16
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2020.
```
db/jdb         +Michael M. Benedict,    Anne L. Benedict,   20 Topaz Drive,   Chambersburg, PA 17202-8660
5219381        +KML Law Group, P.C.,    Suite 5000 - BNY Mellon Ind. Ctr.,    701 Market Street,
                 Philadelphia, PA 19106-1538
5245033        +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
5219382        +Midfirst Bank,    999 N.W. Grand Boulevard,    Suite 100,   Oklahoma City, OK 73118-6051
5219384        +Orchard Bank,   c/o Radius,   PO Box 390846,    Minneapolis, MN 55439-0846
5219385        +Prothonotary, Franklin County,    157 Lincoln Way East,    Chambersburg, PA 17201-2233
5219386         Real Time Solutions,    PO Box 840923,   Dallas, TX 75284-0923
5219387         Sallie Mae Bank,   c/o Allied Interstate LLC,    PO Box 19084,   Minneapolis, MN 55419-0084
5219388        +Schultheiss & Associates,    720 Norland Avenue,    Chambersburg, PA 17201-4218
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5235445         E-mail/Text: ebn@carepayment.com May 28 2020 21:02:28     Carepayment,    PO Box 2398,
                 Omaha, NE 68103-2398
5235767        +E-mail/Text: bankruptcy@cavps.com May 28 2020 21:02:23     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
5219380         EDI: IRS.COM May 29 2020 01:03:00      Internal Revenue Service,
                 Centralized Insolvency Operations,   P.O. Box 7346,    Philadelphia, PA 19101-7346
5252154         EDI: NAVIENTFKASMSERV.COM May 29 2020 01:03:00      Navient CFC c/o,    Navient Solutions, LLC.,
                 PO BOX 9640,   Wilkes-Barre, PA 18773-9640
5219383         E-mail/Text: BKRMailOps@weltman.com May 28 2020 21:02:22     Navient Credit Financial Corp,
                 c/o Weltman, Weinberg & Reis Co.,   PO Box 93596,    Cleveland, OH 44101-5596
5239801         E-mail/Text: bkdepartment@rtresolutions.com May 28 2020 21:02:23
                 Real Time Resolutions, Inc.,   1349 Empire Central Drive,    Suite 150,
                 Dallas, Texas 75247-4029
5269968         E-mail/Text: bankruptcy@firstenergycorp.com May 28 2020 21:02:21      West Penn Power,
                 PO Box 3687,   Akron, OH 44309-3687
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5243944*       +Cavalry SPV I, LLC,   500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2020 at the address(es) listed below:
              Aaron John Neuharth    on behalf of Debtor 1 Michael M. Benedict aneuharth@neuharthlaw.com,
               smartin@neuharthlaw.com
              Aaron John Neuharth    on behalf of Debtor 2 Anne L. Benedict aneuharth@neuharthlaw.com,
               smartin@neuharthlaw.com
              James Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Janet M. Spears    on behalf of Creditor    MIDFIRST BANK bkecfinbox@aldridgepite.com,
               JSpears@ecf.courtdrive.com
              Keri P Ebeck    on behalf of Creditor    Real Time Resolutions, Inc., as agent for The Bank of New
               York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWHEQ Revolving
               Home Equity Loan Trust, Series 2007-C kebeck@bernsteinlaw.com,    jbluemle@bernsteinlaw.com
              Steven M. Carr (Trustee)    stevecarr8@comcast.net, pa31@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 7
```

| | | |
|---|---|---|
| Debtor 1 | Michael M. Benedict | Social Security number or ITIN xxx–xx–3075 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Anne L. Benedict | Social Security number or ITIN xxx–xx–3808 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19-bk-02897-HWV | |

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael M. Benedict                                    Anne L. Benedict

**By the court:**   _[signature]_

5/28/20

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: DaneishaDunbarYancey, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**