```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 19-02897-HWV
Michael M. Benedict                                                 Chapter 7
Anne L. Benedict
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: admin              Page 1 of 1              Date Rcvd: May 29, 2020
                            Form ID: fnldecac        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2020.
db/jdb          +Michael M. Benedict,   Anne L. Benedict,   20 Topaz Drive,   Chambersburg, PA 17202-8660

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2020 at the address(es) listed below:
              Aaron John Neuharth    on behalf of Debtor 1 Michael M. Benedict aneuharth@neuharthlaw.com,
               smartin@neuharthlaw.com
              Aaron John Neuharth    on behalf of Debtor 2 Anne L. Benedict aneuharth@neuharthlaw.com,
               smartin@neuharthlaw.com
              James   Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Janet M. Spears    on behalf of Creditor    MIDFIRST BANK bkecfinbox@aldridgepite.com,
               JSpears@ecf.courtdrive.com
              Keri P Ebeck    on behalf of Creditor    Real Time Resolutions, Inc., as agent for The Bank of New
               York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWHEQ Revolving
               Home Equity Loan Trust, Series 2007-C kebeck@bernsteinlaw.com,   jbluemle@bernsteinlaw.com
              Steven M. Carr (Trustee)    stevecarr8@comcast.net, pa31@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Michael M. Benedict, **Debtor 1** | Chapter 7 |
| Anne L. Benedict, **Debtor 2** | Case No. 1:19–bk–02897–HWV |

Social Security No.:
xxx–xx–3075    xxx–xx–3808

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Steven M. Carr (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: May 28, 2020

BY THE COURT
By the Court,

*Henry W. Van Eck*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

**fnldecac** (05/18)